IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROGER EUGENE SAPP,

    Plaintiff,

v.                              CIVIL ACTION NO.: CV614-096

STANLEY WILLIAMS; TAMMY
WOODS; PAMELA HALL; JESSICE
WILLIAMS; and JESSE HOWELL,

    Defendants.



## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. In his Objections, Plaintiff asserts that he has a skin discoloration on his chest from when another inmate was jogging in the dormitory, crashed into Plaintiff, and caused Plaintiff to spill extremely hot water on himself. Plaintiff contends this assertion shows that he was in imminent danger of serious physical injury at the time he filed his Complaint.

Contrary to Plaintiff's assertion, having a skin discoloration falls short of showing that he was in imminent danger of serious physical injury at the time he filed his Complaint. Thus, Plaintiff does not meet the exception of 28 U.S.C. § 1915(g)'s three-strikes provision and cannot proceed with this cause of action without prepaying the requisite filing fee.

AO 72A
(Rev. 8/82)

Plaintiff's Objections are overruled. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**, with prejudice, as a sanction for Plaintiff's dishonesty in his original Complaint. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

SO ORDERED, this /st day of Dec, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)